UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>KELLY LEE FISHER,<br><br>          Defendant. | CASE NO. CR19-05355 BHS<br><br>ORDER |

This matter is before the Court on defendant Kelly Lee Fisher's motion for early termination of supervised release. Dkt. 6.

The Honorable Kevin Michael Moore of the Southern District of Florida sentenced Fisher to 60 months of imprisonment followed by 20 years of supervised release for Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct. Dkt. 2. Fisher completed his term of incarceration and began supervised release on July 29, 2019. Dkt. 1. Jurisdiction was transferred to this District on August 22, 2019. *Id.*

Fisher moves for early termination of supervised release. Dkt. 6. He asserts he has been in full compliance with the terms of his supervision and has completed residential

drug and sex offender treatment. *Id.* at 2. He assures the Court that he has consistent employment as a driver and a stable living situation. *Id.*

The United States opposes Fisher's request. Dkt, 8. It acknowledges Fisher's supervision has been "violation-free," but argues his motion for early termination is premature. *Id.*

Probation defers to the Court on whether to grant Fisher's motion. Dkt. 9. It does not endorse early termination "due to the nature and circumstances" of Fisher's offense, but credits Fisher with performing well on supervision, maintaining stable housing and employment, and completing all court ordered treatment obligations. *Id.* at 3.

Compliance with the conditions of supervised release for an extended period demonstrates rehabilitation and the possibility of early termination provides incentive to defendants to do well on supervision. The Court concludes early termination of Fisher's supervision is not appropriate at this time. However, the Court finds that on or after the one-year anniversary of his graduation from his sex offender treatment program, in April 2025, he may renew his motion if he has otherwise remained in full compliance with the conditions of his supervised release. The Court commends Fisher on completing all required treatment, demonstrating sustained compliance with the terms of his supervision, and achieving a stable community environment.

Therefore, it is hereby **ORDERED** that Fisher's motion for early termination of supervised release, Dkt. 6, is **DENIED**.

//

//

1     Dated this 23rd day of October, 2024.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3